# EXHIBIT A

**Melanie Prentice**

**From:** Eric Eberwine <eeberwine@steinwhatley.com>
**Sent:** Wednesday, June 25, 2025 4:02 PM
**To:** Emily Lamb
**Cc:** Melanie Prentice; Jennie Adams
**Subject:** RE: Cathy Nicoulin v. Walmart

Hi Emily,

Correct – The current billed medical expenses are just shy of $60,000, which do not appear to include her knee surgery in May. So, damages will exceed $75,000.

Thanks,

**Eric T. Eberwine**
*Attorney*
STEIN WHATLEY ASTORINO
Serious Attorneys. Serious Results.
**Office** 502.553.4750 **Direct** 502.563.7066 **Fax** 502.459.2687
**Email** eeberwine@steinwhatley.com **Web** www.steinwhatley.com
2525 Bardstown Road l Suite 101 l Louisville, KY 40205
***Click here for directions to our office***

NOTICE: This e-mail and the transmitted documents contain private and confidential information. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

---

**From:** Emily Lamb <ELamb@bdblawky.com>
**Sent:** Wednesday, June 25, 2025 12:25 PM
**To:** Eric Eberwine <eeberwine@steinwhatley.com>
**Cc:** Melanie Prentice <mhprentice@bdblawky.com>; Jennie Adams <JAdams@bdblawky.com>
**Subject:** Re: Cathy Nicoulin v. Walmart

Hi Eric,

Thanks for letting me know. It's my understanding that your client's medical bills exceed $60,000. As such, I assume she will be seeking damages in excess of $75,000, exclusive of interest and costs. Please let me know if this is incorrect no later Tuesday, July 1. Otherwise, we will presume damages exceed this amount and proceed accordingly.

I look forward to working with you.

Emily

Sent from my iPhone

On Jun 25, 2025, at 4:28 PM, Eric Eberwine <eeberwine@steinwhatley.com> wrote:

Emily,

Good morning and good timing – the attached was filed this morning for Walmart, Inc.

Should you have any questions, please let me know.

Thanks,

**Eric T. Eberwine**
*Attorney*
<image002.png>
**Office** 502.553.4750 **Direct** 502.563.7066 **Fax** 502.459.2687
**Email** eeberwine@steinwhatley.com **Web** www.steinwhatley.com
2525 Bardstown Road l Suite 101 l Louisville, KY 40205
***Click here for directions to our office***

NOTICE: This e-mail and the transmitted documents contain private and confidential information. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.

---

**From:** Emily Lamb <ELamb@bdblawky.com>
**Sent:** Wednesday, June 25, 2025 3:19 AM
**To:** Eric Eberwine <eeberwine@steinwhatley.com>
**Cc:** Melanie Prentice <mhprentice@bdblawky.com>; Jennie Adams <JAdams@bdblawky.com>
**Subject:** Cathy Nicoulin v. Walmart

Good morning Eric,

We will be representing Walmart in this matter. We received the courtesy copy of your complaint, but I do not see anything if and when Walmart was served. Can you please let me know the status of service and send me any returns if service has been effected?

Thanks,

**Emily C. Lamb**
Blackburn Domene & Burchett, PLLC
614 W. Main St., Suite 3000
Louisville, Kentucky 40202
Firm: (502) 584-1600
Direct: (502) 371-0593
Fax: (502) 584-9971
Email: elamb@bdblawky.com

www.bdblawky.com

<image003.jpg>

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (502) 584-1600 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Blackburn Domene & Burchett PLLC.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your Office Administrator

<PLDG Notice of Service - WalMart.pdf>

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your Office Administrator