UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CATHY NICOULIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-CV-425-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF RECUSAL** |
| WALMART, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon review of this matter, pursuant to 28 U.S.C. § 455, the Court must conclude that recusal in this matter is required.  For this reason,

**IT IS HEREBY ORDERED** that Judge Claria Horn Boom **RECUSES** from this matter, and the action is hereby **REASSIGNED** to the docket of the Honorable Benjamin J. Beaton, United States District Judge, for all further proceedings.  Counsel are requested to change the civil action number to reflect the initials "BJB" on all further pleadings.

This the 10th day of July, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record
     Judge Beaton's Case Manager